**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and Charles A. Whobrey., as Trustee, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 21-cv-03795 |
| v. | ) ) | Judge Charles R. Norgle, Sr. |
| SOURCEONE EVENTS, INC., an Illinois Corporation, | ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| *Defendant.* | ) ) ) | |

**<u>JOINT STIPULATION OF DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs and Defendant, by and through their undersigned counsel, hereby stipulate to the dismissal of this matter without prejudice and pursuant to the terms of the Parties' Settlement Agreement and Release dated November 2, 2021.

                                                      Respectfully submitted,

| | |
|---|---|
| */s/ Daniel E. Sullivan* | */s/ Christina K. Wernick* (with permission) |
| Daniel E. Sullivan (ARDC #6330522) | Christina K. Wernick |
| Central States Funds | Laner Muchin, Ltd. |
| Law Department | 515 N. State Street, Suite 2800 |
| 8647 W. Higgins Road, 8th Floor | Chicago, Illinois 60654 |
| Chicago, Illinois 60631 | (312) 467-9800 |
| 847-582-5078 | cwernick@lanermuchin.com |
| Dsulliva@centralstatesfunds.org | |
| *ATTORNEY FOR PLAINTIFFS* | *ATTORNEY FOR DEFENDANT* |

## CERTIFICATE OF SERVICE

I, Daniel Sullivan, one of the attorneys for Plaintiffs, certify that on November 2, 2021, I caused the foregoing *Joint Stipulation of Dismissal* to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

*/s/ Daniel E. Sullivan*
Daniel E. Sullivan (ARDC #6330522)
CENTRAL STATES FUNDS
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, Illinois 60631
847-582-5078
dsulliva@centralstatesfunds.org

*Attorney for Plaintiffs*

November 2, 2021